# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. 1:24-mj- 188-01-TSM
)
INFORMATION ASSOCIATED WITH A CERTAIN )
CELLPHONE ASSIGNED CALL NUMBER )
978-960-1984 WITH ISMI 310240231555347 )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

located in the _____ District of ____New Jersey____ , there is now concealed *(identify the person or describe the property to be seized)*:

Please see Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 241(a)(1) | Distribution and Possession with Intent to Distribute Controlled Substances |
| 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances |

The application is based on these facts:

Please see attached affidavit. To ensure technical compliance with 18 U.S.C. §§3121-3127, the warrant will also function as a pen register order. I, Assistant United States Attorney Tiffany A. Scanlon, thus certify that all the information likely to be obtained is relevant to an ongoing criminal investigation conducted by the DEA. See 18 U.S.C. §§ 3122(b), 3123(b). /s/ Tiffany A. Scanlon

☑ Continued on the attached sheet.

☑ Delayed notice of __30__ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Andre Smith
*Applicant's signature*

TFO Andre Smith, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **Telephonic Conference** *(specify reliable electronic means)*.

Date: **Aug 2, 2024**

*Judge's signature*

City and state: **Concord, New Hampshire**    **Talesha L. Saint-Marc, US Magistrate Judge**
*Printed name and title*